1  TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
   SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
2  A Professional Corporation
   12651 High Bluff Drive, Suite 300
3  San Diego, California  92130
   Telephone:  (858) 793-8500
4  Facsimile: (858) 793-8263

5  Attorneys for Secured Creditor/Movant
   USE CREDIT UNION
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 In re                              )  Case No:   10-13703-B13
                                      )
11                                    )  Chapter 13
                                      )
12     ANNA LEE ELLROTT,              )  RS No: TJS-001
                                      )
13                                    )
                                      )  DECLARATION OF KEVIN GREENE IN
14             Debtor.                )  SUPPORT OF OPPOSITION TO
                                      )  DEBTOR'S MOTION TO VALUE
15                                    )  COLLATERAL OF USE CREDIT
                                      )  UNION
16                                    )
                                      )  Date:    March 29, 2011
17 _____   )  Time:    2:00 p.m.
                                      )  Dept:    1
18

19         I, Kevin Greene, declare:

20         1.      I am a real estate appraiser licensed by the State of California, and owner and

21 operator of Greene Appraisals, Inc.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                      1

2.      Attached to this Declaration as Exhibit "A" is a true and correct copy of my written appraisal report dated August 22, 2010, concerning the real property located at 1130 Erin Drive, El Cajon, CA 92020.

3.      Based upon my research and for the reasons set forth in Exhibit "A", it is my opinion that as of August 22, 2010, the subject real property had an approximate fair market value of $499,000.00.

4.      Attached hereto and incorprated herein as Exhibit "B" is my resume and list of qualifications.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of _Nov_, 2010, at San Diego, California.

Kevin Greene, Declarant

Greene declaration

2

Page #2

File No.:  KG2131-082210

# RESIDENTIAL APPRAISAL REPORT



### Date of Valuation

8/22/2010

### Property Address

1130 ERIN DRIVE
EL CAJON, CA 92020-1771
LOT 28

### For

USE CREDIT UNION
10120 PACIFIC HEIGHTS BLVD.
SAN DIEGO, CA 92121

## TABLE OF CONTENTS

| | |
|---|---|
| Invoice | 1 |
| Table of Contents/Cover Page | 2 |
| Letter of Transmittal | 3 |
| GP Residential | 4 |
| GP Residential Certifications Addendum | 7 |
| General Text Addendum | 9 |
| Market Conditions Addendum to the Appraisal Report | 10 |
| Subject Photos | 11 |
| Subject Photos Interior | 12 |
| Subject Photos Interior | 13 |
| Subject Photos Interior | 14 |
| Subject Photos Interior | 15 |
| Subject Photos Interior | 16 |
| Comparable Photos 1-3 | 17 |
| Building Sketch (Page - 1) | 18 |
| PLAT MAP | 19 |
| Location Map | 20 |
| Scanned Document | 21 |
| Scanned Document | 22 |

Exhibit A

GREENE APPRAISALS, INC.
6780 MISSION GORGE ROAD, #27
SAN DIEGO, CA 92120

8/22/2010

USE CREDIT UNION
10120 PACIFIC HEIGHTS BLVD.
SAN DIEGO, CA 92121

RE: PROPERTY:     1130 ERIN DRIVE
                  EL CAJON, CA 92020-1771
         OWNER:   ELLROTT RICHARD, ELLROTT ANNA L
      FILE NO.:   KG2131-082210

IN ACCORDANCE WITH YOUR REQUEST, WE HAVE APPRAISED THE ABOVE REFERENCED PROPERTY. THE REPORT OF
THAT APPRAISAL IS ATTACHED.

THE PURPOSE OF THIS APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE PROPERTY DESCRIBED IN THIS
APPRAISAL REPORT, AS IMPROVED, IN UNENCUMBERED FEE SIMPLE TITLE OF OWNERSHIP.

THIS REPORT IS BASED ON A PHYSICAL ANALYSIS OF THE SITE AND IMPROVEMENTS, A LOCATIONAL ANALYSIS OF THE
NEIGHBORHOOD AND CITY, AND AN ECONOMIC ANALYSIS OF THE MARKET FOR PROPERTIES SUCH AS THE SUBJECT.
THE APPRAISAL WAS DEVELOPED AND THE REPORT WAS PREPARED IN ACCORDANCE WITH THE UNIFORM STANDARDS
OF PROFESSIONAL APPRAISAL PRACTICE.

THE VALUE CONCLUSIONS REPORTED ARE AS OF THE EFFECTIVE DATE STATED IN THE BODY OF THE REPORT AND
CONTINGENT UPON THE CERTIFICATION AND LIMITING CONDITIONS ATTACHED.

IT HAS BEEN A PLEASURE TO ASSIST YOU. PLEASE DO NOT HESITATE TO CONTACT ME OR ANY OF MY STAFF IF WE
CAN BE OF ADDITIONAL SERVICE TO YOU.

SINCERELY,

KEVIN GREENE
AR 034138

Greene Appraisal, Inc.

[Page #4]

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: KG2131-082210

**SUBJECT**

Property Address: 1130 ERIN DRIVE    City: EL CAJON    State: CA    Zip Code: 92020-1771
County: SAN DIEGO    Legal Description: LOT 28
Assessor's Parcel #: 481-620-28-00
Tax Year: 2010-2011  R.E. Taxes: $ 3,061    Special Assessments: $ NONE    Borrower (if applicable): N/A
Current Owner of Record: ELLROTT RICHARD, ELLROTT ANNA L    Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing
Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ N/A    ☐ per year ☐ per month
Market Area Name: FLETCHER HIGHLANDS    Map Reference: 1251-B3    Census Tract: 0162.01

**ASSIGNMENT**

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: TO ESTABLISH MARKET VALUE AS OF THE EFFECTIVE DATE OF THIS APPRAISAL.

Intended User(s) (by name or type): USE CREDIT UNION
Client: USE CREDIT UNION    Address: 10120 PACIFIC HEIGHTS BLVD , SAN DIEGO, CA 92121
Appraiser: KEVIN GREENE    Address: 6780 MISSION GORGE ROAD, STE 27, SAN DIEGO, CA 92120

**MARKET AREA DESCRIPTION**

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| Built-up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 75 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 80 | | | 2-4 Unit 10 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant 15 | 293 Low 0 | | Multi-Unit 5 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 580 High 80 | | Commercial 5 % | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 430 Pred 40 | | OTHER 5 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): SUBJECT IS BOUNDED BY WELD BLVD.
TO THE NORTH, N. CUYAMACA STREET TO THE EAST, FLETCHER PARKWAY TO THE SOUTH AND SR-125 TO THE WEST. SEE FORM 1004MC
(INCLUDED) FOR MARKET CONDITIONS.

**SITE DESCRIPTION**

Dimensions: SEE PLAT MAP    Site Area: 5,663 SQFT
Zoning Classification: RS-9-H    Description: RESIDENTIAL - SINGLE UNIT
Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: DETACHED SINGLE FAMILY RESIDENCE  Use as appraised in this report: SAME
Summary of Highest & Best Use: SUBJECT IS A DETACHED SINGLE FAMILY RESIDENCE

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | LEVEL PAD |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | SDG&E | Street | ASPHALT | ☒ | ☐ | Size | AVERAGE |
| Gas | ☒ | ☐ | SDG&E | Curb/Gutter | CONCRETE | ☒ | ☐ | Shape | RECTANGULAR |
| Water | ☒ | ☐ | CITY | Sidewalk | CONCRETE | ☒ | ☐ | Drainage | ADEQUATE |
| Sanitary Sewer | ☒ | ☐ | CITY | Street Lights | YES | ☒ | ☐ | View | CANYON |
| Storm Sewer | ☒ | ☐ | CITY | Alley | NONE | | | | |

Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 0607 3C1661F    FEMA Map Date 6/19/1997
Site Comments: NONE APPARENT OR DISCLOSED TO THE APPRAISER AT TIME OF INSPECTION. NO LEGAL, ENVIRONMENTAL OR TITLE
DOCUMENTS PROVIDED TO APPRAISER. TYPICAL UTILITY EASEMENTS EXIST.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 | ☐ Acc.Unit | Foundation | CONC SLAB/GD | Slab | CONCRETE | Area Sq. Ft. | N/A | Type | FWA |
| # of Stories | TWO | | Exterior Walls | WD/STUCCO/GD | Crawl Space | NONE | % Finished | NONE | Fuel | GAS |
| Type | ☒ Det. ☐ Att. ☐ | | Roof Surface | TILE/GOOD | Basement | NONE | Ceiling | | | |
| Design (Style) | 2 STORY | | Gutters & Dwnspts. | ALUM/GOOD | Sump Pump | ☐ | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Const. | | | Window Type | ALUM/SLIDE/GOOD | Dampness | ☐ | Floor | | Central | CAC |
| Actual Age (Yrs.) | 23 | | Storm/Screens | YES | Settlement | NOTE NOTED | Outside Entry | | Other | |
| Effective Age (Yrs.) | 12 | | | | Infestation | NOTE NOTED | | | | |

| Interior Description | | Appliances | | Attic | ☒ None | Amenities | | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | WD/TILE/CAR/VIN/GD | Refrigerator | ☒ | Stairs | | Fireplace(s) # 1 | Woodstove(s) # | | Garage # of cars ( 4 Tot.) | |
| Walls | DRYWALL/GOOD | Range/Oven | ☒ | Drop Stair | | Patio | CONCRETE | | Attach. | |
| Trim/Finish | WOOD/GOOD | Disposal | ☒ | Scuttle | | Deck | WOOD | | Detach. | |
| Bath Floor | VIN/TILE/GOOD | Dishwasher | ☒ | Doorway | | Porch | CONCRETE | | Bit-In | 2 |
| Bath Wainscot | FIB/GOOD | Fan/Hood | ☒ | Floor | | Fence | WOOD | | Carport | |
| Doors | WOOD | Microwave | ☒ | Heated | | Pool | | | Driveway | 2 |
| | | Washer/Dryer | ☒ | Finished | | OTHER | SPA | | Surface | CONCRETE |

Finished area above grade contains: 7 Rooms    3 Bedrooms    2.5 Bath(s)    1,920 Square Feet of Gross Living Area Above Grade
Additional features: IMPROVEMENTS AND UPGRADES INCLUDE: CANYON VIEWS, REMODELED KITCHEN WITH GRANITE COUNTER TOPS,
UPGRADED CABINETS, AND STAINLESS STEEL APPLIANCES, PLANTATION SHUTTERS, SPA, AND LANDSCAPING INCLUDING MATURE PALMS.
Describe the condition of the property (including physical, functional and external obsolescence): 1130 ERIN DRIVE IS IN GOOD CONDITION AND HAS BEEN
MAINTAINED WITH NO SIGNS OF PHYSICAL, FUNCTIONAL, OR EXTERNAL INADEQUACIES.

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced/modified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 --- "WinTOTAL" appraisal software by a la mode, inc. --- 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: KGZ131-082210

## TRANSFER HISTORY

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): REALIST

| | |
|---|---|
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: SUBJECT HAS NOT BEEN SOLD OR |
| Date: 02/26/1988 | TRANSFERRED IN THE LAST 36 MONTHS. SUBJECT PROPERTY WAS PURCHASED BY CURRENT OWNER |
| Price: $185,000 | BY CONVENTIONAL LOAN AS SHOWN ABOVE. |
| Source(s): REALIST | |
| 2nd Prior Subject Sale/Transfer | |
| Date: NONE | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH

SALES COMPARISON APPROACH TO VALUE (if developed)   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1130 ERIN DRIVE EL CAJON, CA 92020-1771 | 8648 MARYFORD DRIVE SAN DIEGO | | 1865 POWELL DRIVE EL CAJON | | 2063 WINDMILL VIEW ROAD EL CAJON | |
| Proximity to Subject | | 0.75 MILES W | | 0.47 MILES E | | 0.50 MILES NE | |
| Sale Price | $ N/A | $ 480,000 | | $ 535,000 | | $ 495,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 267.26 /sq.ft. | | $ 284.27 /sq.ft. | | $ 231.52 /sq.ft. | |
| Data Source(s) | REALIST | REALIST DOC#228601 | | REALIST DOC#237367 | | REALIST DOC#166232 | |
| Verification Source(s) | SANDICOR MLS | MLS#100013731 / 27 DOM | | MLS#100016391 / 23 DOM | | MLS#100008991 / 35 DOM | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. | DESCRIPTION | + (-) $ Adjust. |
| Sales or Financing | | CNVTL | | CNVTL | | CASH | |
| Concessions | | SLR CNSCS | -7,000 | SLR CNSCS | -2,000 | SLR CNSCS | |
| Date of Sale/Time | N/A | 05/06/2010 | | 05/12/2010 | | 04/05/2010 | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Site | 5,663 SQFT | 7,800 SQFT | -2,100 | 19,300 SQFT | -13,600 | 22,500 SQFT | -16,800 |
| View | CANYON | RESIDENTIAL | +10,000 | SIMILAR | | PANO VALLEY | -10,000 |
| Design (Style) | 2 STORY | 2 STORY | | 1 STORY | | 1 STORY | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 23 | 43 | +10,000 | 37 | +7,000 | 34 | +5,500 |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade | Total 7 / Bdrms 3 / Baths 2.5 | Total 8 / Bdrms 4 / Baths 2.5 | -5,000 | Total 6 / Bdrms 3 / Baths 2 | +1,500 | Total 7 / Bdrms 3 / Baths 2 | +1,500 |
| Room Count | | | | | | | |
| Gross Living Area | 1,920 sq.ft. | 1,796 sq.ft. | +6,200 | 1,882 sq.ft. | | 2,138 sq.ft. | -10,900 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2 CAR GARAGE | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | CONCRETE/WOOD | SIMILAR | | SIMILAR | | SIMILAR | |
| BUILT-INS | SPA | NONE | +2,500 | POOL | -10,000 | NONE | +2,500 |
| FIREPLACE | 1 FIREPLACE | 1 FIREPLACE | | 1 FIREPLACE | | 2 FIREPLACES | -2,500 |
| UPGRADES | REMOD KITCHEN | NEWER WINDOWS | +5,000 | SIMILAR | | REMOD THRUOUT | -5,000 |
| Net Adjustment (Total) | | ☒ + ☐ - $ 19,600 | | ☐ + ☒ - $ -17,100 | | ☐ + ☒ - $ -35,700 | |
| Adjusted Sale Price | | Net 4.1 % | | Net 3.2 % | | Net 7.2 % | |
| of Comparables | | Gross 10.0 % $ 499,600 | | Gross 6.4 % $ 517,900 | | Gross 11.1 % $ 459,300 | |

Summary of Sales Comparison Approach   GROSS LIVING AREA WAS ADJUSTED AT $50 PER SQUARE FOOT, BEDROOMS WERE ADJUSTED AT $5,000 PER ROOM. LOT SIZE WAS ADJUSTED AT $2 PER SQUARE FOOT, AND AGE WAS ADJUSTED AT $500 PER YEAR. ALL COMPARABLES ARE ARMS-LENGTH TRANSACTIONS AND TRADITIONAL SALES. COMPARABLE ONE WAS LOCATED ON THE OTHER SIDE OF I-125 IN A SIMILAR NEIGHBORHOOD. COMPARABLE ONE WAS ADJUSTED FOR INFERIOR VIEWS AND INFERIOR UPGRADES. COMPARABLE TWO WAS ADJUSTED FOR POOL. COMPARABLE THREE WAS ADJUSTED FOR SUPERIOR VIEWS AND SUPERIOR UPGRADES. ALL COMPARABLES WERE CONSIDERED IN THE FINAL RECONCILIATION. SUBJECT IS ABOVE PREDOMINANT VALUE DUE TO DISTRESSED SALES IN THE MARKET AREA (REO'S AND SHORT SALES) WHICH MAKE UP FOR ABOUT 50% OF TOTAL TRANSACTIONS THIS PERIOD (SEE 1004MC FORM) BRINGING DOWN OVERALL AREA VALUE. COMPARABLES ONE AND TWO ARE SUPPORTIVE OF VALUE.

Indicated Value by Sales Comparison Approach $ 499,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL

Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE       3/2007

[Page #6]

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: KG2131-082210

**COST APPROACH TO VALUE (if developed)** ☒ the Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|
| Source of cost data: | DWELLING Sq.ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | Sq.ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.ft. @ $ | =$ |
| | Sq.ft. @ $ | =$ |
| | Sq.ft. @ $ | =$ |
| | Garage/Carport Sq.ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less Physical Functional External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | =$ |

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ __ X Gross Rent Multiplier __ = $ __ Indicated Value by Income Approach $ __

Summary of Income Approach (including support for market rent and GRM):

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 499,000    Cost Approach (if developed) $ N/D    Income Approach (if developed) $ N/D

Final Reconciliation THE SALES COMPARISON APPROACH WAS GIVEN THE MOST WEIGHT AS AN INDICATOR OF CURRENT MARKET VALUE. THE COST APPROACH IS NOT NECESSARY AND WAS NOT DEVELOPED. THE INCOME APPROACH IS NOT CONSIDERED APPLICABLE AND WAS NOT DEVELOPED.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: ANALYSIS AND CONCLUSIONS IN THIS REPORT WERE DEVELOPED IN CONFORMITY WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE.

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 499,000 , as of: 8/22/2010 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 21 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☐ SCOPE OF WORK ☒ LIMITING COND./CERTIFICATI ☒ NARRATIVE ADDENDUM ☒ PHOTOGRAPH ADDENDA ☒ SKETCH ADDENDUM
☒ MAP ADDENDA ☐ ADDITIONAL SALES ☐ COST ADDENDUM ☐ FLOOD ADDENDUM ☐ MANUF. HOUSE ADDENDUM
☐ HYPOTHETICAL CONDITIONS ☐ EXTRAORDINARY ASSUMPTIC

Client Contact: ____ Client Name: USE CREDIT UNION
E-Mail: ____ Address: 10120 PACIFIC HEIGHTS BLVD., SAN DIEGO, CA 92121

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: KEVIN GREENE | Supervisory or Co-Appraiser Name: |
| Company: GREENE APPRAISALS, INC. | Company: |
| Phone: EFAX 619/393-3321 Fax: | Phone: Fax: |
| E-Mail: | E-Mail: |
| Date of Report (Signature): 8/22/2010 | Date of Report (Signature): |
| License or Certification #: AR034138 State: CA | License or Certification #: State: |
| Designation: CERTIFIED RESIDENTIAL | Designation: |
| Expiration Date of License or Certification: 5/25/2012 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 8/22/2010 | Date of Inspection: |

GP RESIDENTIAL    Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

## Assumptions, Limiting Conditions & Scope of Work

File No.: KG2131-082210

| | | | | |
|---|---|---|---|---|
| Property Address: | 1130 ERIN DRIVE | City: EL CAJON | State: CA | Zip Code: 92020-1771 |
| Client: | USE CREDIT UNION | Address: 10120 PACIFIC HEIGHTS BLVD , SAN DIEGO, CA 92121 | | |
| Appraiser: | KEVIN GREENE | Address: 6780 MISSION GORGE ROAD, STE 27, SAN DIEGO, CA 92120 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

| Page #8 |
| --- |

# Certifications

File No.: KG2131-082210

| Property Address: 1130 ERIN DRIVE | | City: EL CAJON | State: CA | Zip Code: 92020-1771 |
| --- | --- | --- | --- | --- |
| Client: USE CREDIT UNION | Address: 10120 PACIFIC HEIGHTS BLVD., SAN DIEGO, CA 92121 | | | |
| Appraiser: KEVIN GREENE | Address: 6780 MISSION GORGE ROAD, STE 27, SAN DIEGO, CA 92120 | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

--- The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

---- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

---- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

--- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | | Client Name: USE CREDIT UNION |
| --- | --- | --- |
| E-Mail: | Address: 10120 PACIFIC HEIGHTS BLVD., SAN DIEGO, CA 92121 | |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
| --- | --- |
| Appraiser Name: KEVIN GREENE | Supervisory or Co-Appraiser Name: |
| Company: GREENE APPRAISALS, INC. | Company: |
| Phone: EFAX 619/393-3321   Fax: | Phone:   Fax: |
| E-Mail: | E-Mail: |
| Date Report Signed: 8/22/2010 | Date Report Signed: |
| License or Certification #: AR034138   State: CA | License or Certification #:   State: |
| Designation: CERTIFIED RESIDENTIAL | Designation: |
| Expiration Date of License or Certification: 5/25/2012 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior   ☐ Exterior Only   ☐ None | Inspection of Subject: ☐ Interior & Exterior   ☐ Exterior Only   ☐ None |
| Date of Inspection: 8/22/2010 | Date of Inspection: |

SIGNATURES

GP RESIDENTIAL   Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE   3/2007

## SEE ATTACHED ADDENDUM

File No. KG2131-082210

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County SAN DIEGO | | State CA | Zip Code 92020-1771 |
| Lender | USE CREDIT UNION | | | | |

**• GP Residential : Neighborhood - Description**

1130 ERIN DRIVE IS LOCATED IN THE CITY OF EL CAJON IN SAN DIEGO COUNTY. SERVICES, SCHOOLS AND SHOPPING ARE LOCATED IN THE AREA. MAJOR HIGHWAYS ARE LOCATED WITHIN 10 MINUTES OF THE IMMEDIATE NEIGHBORHOOD. EMPLOYMENT STABILITY IS STRONG. MARKET APPEAL IS GOOD FOR THE AREA. OTHER NOTED IN LAND USE CONSISTS OF VACANT LAND, PARKS/GREENBELTS AND NON-BUILDABLE AREAS. THIS LAND DOES NOT NEGATIVELY AFFECT SUBJECT VALUE.

**• GP Residential : Improvements - Physical Deficiencies or Adverse Conditions**

NONE APPARENT OR DISCLOSED TO APPRAISER. I HAVE NOT BEEN PROVIDED WITH ANY DOCUMENTATION REVEALING ANY PHYSICAL DEFICIENCIES AND HAVE REPORTED ONLY APPARENT ADVERSE CONDITIONS. BORROWER MAY NOT RELY ON THIS REPORT FOR STRUCTURAL CONDITIONS THAT MAY EXIST AND IS ENCOURAGED TO OBTAIN A HOME INSPECTION BY A PROFESSIONAL HOME INSPECTOR TO DETERMINE IF PROBLEMS EXIST. SEE LIMITING CONDITION #5.

# Market Conditions Addendum to the Appraisal Report

File No.  KG2131-082210

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | |
|---|---|---|---|
| Property Address  1130 ERIN DRIVE | City EL CAJON | State CA | ZIP Code 92020-1771 |
| Borrower  N/A | | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 9 | 3 | 2 | Increasing | Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 1.5 | 1 | 0.67 | Increasing | Stable | ☒ Declining |
| Total # of Comparable Active Listings | 10 | 3 | 8 | Declining | Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 6.67 | 3 | 12 | Declining | Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $440,000 | $500,000 | $430,000 | Increasing | ☒ Stable | Declining |
| Median Comparable Sales Days on Market | 21 | 35 | 133.5 | Declining | Stable | ☒ Increasing |
| Median Comparable List Price | $497,000 | $525,000 | $497,938 | Increasing | ☒ Stable | Declining |
| Median Comparable Listings Days on Market | 90 | 63 | 77.5 | Declining | Stable | ☒ Increasing |
| Median Sale Price as % of List Price | 100% | 99% | 96% | Increasing | ☒ Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | Yes | ☒ No | | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    THE DATA USED IN THE GRID ABOVE DOES NOT INDICATE THERE WERE ANY CONCESSIONS ASSOCIATED WITH THE REPORTED TRANSACTIONS. HOWEVER, THIS IS NOT A MANDATORY REPORTING FIELD FOR AGENTS AND THERE MAY BE SOME TRANSACTIONS THAT DO INCLUDE CONCESSIONS, BUT HAVE NOT BEEN REPORTED. IT IS BEYOND THE SCOPE OF THIS ASSIGNMENT TO CONFIRM EACH SALE USED IN THE MARKET CONDITIONS REPORT.

Are foreclosure sales (REO sales) a factor in the market?  ☒ Yes    No    If yes, explain (including the trends in listings and sales of foreclosed properties).
THE SANDICOR MLS INDICATES THERE WERE 14 CLOSED SALES DURING THE PAST 12 MONTHS AND 7 OF THOSE SALES WERE EITHER FORECLOSURES OR SHORT SALES WHICH IS 50% OF THE TOTAL TRANSACTIONS IN THIS MARKET AREA. PRIOR MONTHS 7-12, 9 SALES; 6 FORECLOSURES OR SHORT SALES; 67% OF SALES FOR THIS PERIOD. 4-6, 3 SALES; 0 FORECLOSURES OR SHORT SALES, 0% OF SALES FOR THIS PERIOD. 0-3, 2 SALES; 1 FORECLOSURES OR SHORT SALES; 50% OF SALES FOR THIS PERIOD.

Cite data sources for above information.    THE SANDICOR MLS WAS THE DATA SOURCE USED TO COMPLETE THE MARKET CONDITIONS ADDENDUM.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
SEARCH PARAMETERS OF +/- 30% OF SUBJECT'S GLA AND LOCATION WITHIN .75 MILES OF THE SUBJECT SHOW PROPERTY VALUES HAVE REMAINED BASICALLY STABLE. MARKETING TIME IS CURRENTLY LESS THAN 3 MONTHS AND THERE IS AN OVER SUPPLY OF LISTINGS. THIS NOT IN ERROR AND ATYPICAL TRENDS MAY BE SEEN AS THE MARKET IS CONTINUING TO CORRECT.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?    Yes    No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Appraiser Name  KEVIN GREENE | | Supervisory Appraiser Name | |
| Company Name  GREENE APPRAISALS, INC. | | Company Name | |
| Company Address  6780 MISSION GORGE ROAD, STE 27, SAN DIEGO, CA | | Company Address | |
| State License/Certification #  AR034138    State  CA | | State License/Certification #    State | |
| Email Address | | Email Address | |

Freddie Mac Form 71  March 2009        Page 1 of 1        Fannie Mae Form 1004MC  March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## SUBJECT PHOTO PAGE

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County SAN DIEGO | State CA | Zip Code | 92020-1771 |
| Lender | USE CREDIT UNION | | | | |



### SUBJECT FRONT

1130 ERIN DRIVE
SALES PRICE            N/A
GROSS LIVING AREA 1,920
TOTAL ROOMS          7
TOTAL BEDROOMS   3
TOTAL BATHROOMS 2 5
LOCATION              SUBURBAN
VIEW                      CANYON
SITE                       5,663 SQFT
QUALITY                AVERAGE
AGE                       23



### SUBJECT REAR



### SUBJECT STREET

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## SUBJECT INTERIOR PHOTO PAGE

| Client | USE CREDIT UNION | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | | |
| City | EL CAJON | County | SAN DIEGO | State | CA | Zip Code 92020-1771 |
| Lender | USE CREDIT UNION | | | | | |



### SUBJECT INTERIOR

| | |
|---|---|
| 1130 ERIN DRIVE | |
| SALES PRICE | N/A |
| GROSS LIVING AREA | 1,920 |
| TOTAL ROOMS | 7 |
| TOTAL BEDROOMS | 3 |
| TOTAL BATHROOMS | 2.5 |
| LOCATION | SUBURBAN |
| VIEW | CANYON |
| SITE | 5,663 SQFT |
| QUALITY | AVERAGE |
| AGE | 23 |



### SUBJECT INTERIOR



### SUBJECT INTERIOR

Page #13

## SUBJECT INTERIOR PHOTO PAGE

| | |
|---|---|
| Client | USE CREDIT UNION |
| Property Address | 1130 ERIN DRIVE |
| City | EL CAJON |

| County | SAN DIEGO | State | CA | Zip Code | 92020-1771 |
|---|---|---|---|---|---|

| Lender | USE CREDIT UNION |
|---|---|



**SUBJECT INTERIOR**

1130 ERIN DRIVE
SALES PRICE            N/A
GROSS LIVING AREA 1,920
TOTAL ROOMS            7
TOTAL BEDROOMS      3
TOTAL BATHROOMS 2.5
LOCATION               SUBURBAN
VIEW                        CANYON
SITE                        5,663 SQFT
QUALITY                 AVERAGE
AGE                         23



**SUBJECT INTERIOR**



**SUBJECT INTERIOR**

## SUBJECT INTERIOR PHOTO PAGE

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County SAN DIEGO | | State CA | Zip Code 92020-1771 |
| Lender | USE CREDIT UNION | | | | |



**SUBJECT INTERIOR**

1130 ERIN DRIVE
SALES PRICE           N/A
GROSS LIVING AREA 1,920
TOTAL ROOMS        7
TOTAL BEDROOMS   3
TOTAL BATHROOMS 2.5
LOCATION            SUBURBAN
VIEW                  CANYON
SITE                  5,663 SQFT
QUALITY              AVERAGE
AGE                   23



**SUBJECT INTERIOR**



**SUBJECT INTERIOR**

## SUBJECT INTERIOR PHOTO PAGE

| Client | USE CREDIT UNION | | | | |
|--------|------------------|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County | SAN DIEGO | State CA | Zip Code 92020-1771 |
| Lender | USE CREDIT UNION | | | | |



### SUBJECT SPA

1130 ERIN DRIVE
SALES PRICE          N/A
GROSS LIVING AREA 1,920
TOTAL ROOMS          7
TOTAL BEDROOMS   3
TOTAL BATHROOMS 2.5
LOCATION             SUBURBAN
VIEW                     CANYON
SITE                       5,663 SQFT
QUALITY               AVERAGE
AGE                       23



### SUBJECT VIEW



### SUBJECT VIEW

## SUBJECT INTERIOR PHOTO PAGE

| Client | USE CREDIT UNION | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | | |
| City | EL CAJON | County | SAN DIEGO | State | CA | Zip Code | 92020-1771 |
| Lender | USE CREDIT UNION | | | | | |



**SUBJECT SIDE ELEVATION**

1130 ERIN DRIVE
SALES PRICE            N/A
GROSS LIVING AREA 1,920
TOTAL ROOMS        7
TOTAL BEDROOMS  3
TOTAL BATHROOMS 2.5
LOCATION            SUBURBAN
VIEW                CANYON
SITE                5,663 SQFT
QUALITY             AVERAGE
AGE                 23



**SUBJECT SIDE ELEVATION**

## COMPARABLE PHOTO PAGE

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County SAN DIEGO | State CA | Zip Code 92020-1771 | |
| Lender | USE CREDIT UNION | | | | |



### COMPARABLE 1

8648 MARYFORD DRIVE
PROX. TO SUBJECT 0.75 MILES W
SALES PRICE        480,000
GROSS LIVING AREA 1,796
TOTAL ROOMS       8
TOTAL BEDROOMS    4
TOTAL BATHROOMS 2.5
LOCATION          SUBURBAN
VIEW              RESIDENTIAL
SITE              7,800 SQFT
QUALITY           AVERAGE
AGE               43



### COMPARABLE 2

1865 POWELL DRIVE
PROX. TO SUBJECT 0.47 MILES E
SALES PRICE        535,000
GROSS LIVING AREA 1,862
TOTAL ROOMS       6
TOTAL BEDROOMS    3
TOTAL BATHROOMS 2
LOCATION          SUBURBAN
VIEW              SIMILAR
SITE              19,300 SQFT
QUALITY           AVERAGE
AGE               37



### COMPARABLE 3

2063 WINDMILL VIEW ROAD
PROX. TO SUBJECT 0.50 MILES NE
SALES PRICE        495,000
GROSS LIVING AREA 2,138
TOTAL ROOMS       7
TOTAL BEDROOMS    3
TOTAL BATHROOMS 2
LOCATION          SUBURBAN
VIEW              PANO VALLEY
SITE              22,500 SQFT
QUALITY           AVERAGE
AGE               34

Page #18

## BUILDING SKETCH

| Client | USE CREDIT UNION | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | | | |
| City | EL CAJON | County | SAN DIEGO | | State | CA | Zip Code | 92020-1771 |
| Lender | USE CREDIT UNION | | | | | | |



**PLAT MAP**

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County | SAN DIEGO | State CA | Zip Code 92020-1771 |
| Lender | USE CREDIT UNION | | | | |



## LOCATION MAP

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County SAN DIEGO | | State CA | Zip Code 92020-1771 |
| Lender | USE CREDIT UNION | | | | |



## APPRAISER LICENSE

| Client | USE CREDIT UNION | | | | |
|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | |
| City | EL CAJON | County | SAN DIEGO | State | CA | Zip Code | 92020-1771 |
| Lender | USE CREDIT UNION | | | | |



## APPRAISER E&O INSURANCE

| Client | USE CREDIT UNION | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1130 ERIN DRIVE | | | | | | |
| City | EL CAJON | County | SAN DIEGO | State | CA | Zip Code | 92020-1771 |
| Lender | USE CREDIT UNION | | | | | | |



### COVER NOTE

**INSURED: Kevin S. Greene**

MAILING ADDRESS: 6780 Mission Gorge Road #27
San Diego, CA 92120

*This is to certify that the undersigned has procured insurance coverage as hereafter specified from certain companies and/or underwriters.*

**EFFECTIVE: 11/28/2009       EXPIRATION: 11/28/2010       RETROACTIVE: 11/28/2005**

**COVERAGE:** Professional Liability for Specified Professions

Profession: Real Estate Appraiser
Claims Made Form: MPL #26901 (9/87)
Limits Per Occurrence   $1,000,000   Annual Aggregate   $1,000,000
Deductible  $1,000

**CONDITIONS:**

Real Estate Agent: Broker Referral Indemnity
Knowledge of Wrongful Act Exclusion
Pending and/or Prior Litigation Exclusion
Defense within Policy Limit
Deductible includes Loss Adjustment Expenses

**COMPANIES PARTICIPATING:**
National Union Fire Insurance Company of Pittsburg, PA

**ASSIGNED COVER NOTE # Z FREA 05-7537**

**CUSTOMER #** 0031358

Issued at   4907 Morena Blvd., Suite 1415
San Diego, CA 92117

**DATE: 12/07/2009**                   By:   KCarpenter

Insurance, when effected shall be subject to all terms and conditions of policy (ies) which will be issued, and in event of any inconsistency herewith, the terms and provisions of the policy.

6780 Mission Gorge Road #27          Phone 619/726-3321
San Diego, CA 92120                  Efax  619/393-3321
                                     Email
                                     Kevin@greeneappraisals.com
                                     Website
                                     www.greeneappraisals.com

# Kevin S. Greene

**Experience**        2005-present          Greene Appraisals, Inc.          San Diego, CA
                      **Owner / Certified Residential Licensed Real Estate Appraiser**
                      - Over 10,000 hours of Residential appraisal services up to and including multi-million dollar homes and condominiums, commercial and residential land, and multi-unit income properties. Additional supplemental services, such as Operating Income Statements and Rent Surveys, etc. FHA Approved.

                      2004-2005             Advantage Appraisals, Inc.       San Diego, CA
                      **Licensed Real Estate Appraiser Trainee**
                      - 2,000 hours of field work under supervision by Certified Residential Appraiser

                      Employment experience prior to this available upon request.

**Education**         2004                  Anthony Schools                  San Diego, CA
                      - Residential Real Estate Appraisals
                      - Legal Considerations of Appraising
                      - National Uniform Standards of Professionalism in Appraisal Practice
                      - Real Estate Appraisal Math and Regulations

                      2005-2010 USPAP Compliant Continuing Education
                        - 200+ Hours

**License Info**      Certified Residential Real Estate Appraiser's License
                      Expiration Date 5/25/2010

**Insurance Info**    Current member of Foundation of Real Estate Appraisers (FREA)
                      Professional Liability (Errors and Omissions) Insurance

**References**        Available upon request

**Exhibit B**

STATE OF CALIFORNIA

Business, Transportation & Housing Agency

# OFFICE OF REAL ESTATE APPRAISERS

## REAL ESTATE APPRAISER LICENSE

### KEVIN S. GREENE

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OREA APPRAISER IDENTIFICATION NUMBER    AR034138

Date Issued: May 26, 2010
Date Expires: May 25, 2012

*Bob Clark*

Director, OREA

Audit No. 127063